UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

DONAVEN D. ROACH

VERSUS

LT. LOGAN ROBICHEAUX

CIVIL ACTION

23-1655-SDD-EWD

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Magistrate Erin Wilder-Doomes dated September 19, 2025 to which no *Objection* has been filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS ORDERED** that the Court declines to exercise supplemental jurisdiction over potential state law claims, all claims brought by Plaintiff Donaven D. Roach, with the exception of the claim for monetary relief against Defendant Lt. Logan Robicheaux in his individual capacity for the alleged act of excessive force are **DISMISSED WITH PREJUDICE** under 28 U.S.C. §§ 1915(e) and/or 1915A for failure to state a claim upon which relief may be granted. This case is referred to the Magistrate Judge for further proceedings on Roach's single remaining claim: his claim for monetary relief against Robicheaux in his individual capacity for the alleged act of excessive force occurring on June 30, 2023.

Signed in Baton Rouge, Louisiana, on this 6th day of November, 2025.

*[signature: Shelly Dick]*

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 10.